UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GENAVEVA RAMON GARCIA, | Case No. 2:15-cv-01431-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant. | |

Before the court is Defendant's Fed. R. Civ. P. 45 Motion for Order Compelling Production of Plaintiff's Controlled Substances Utilization Report by the Nevada State Board of Pharmacy/Nevada Controlled Substances Task Force (Dkt. #12).  Upon a review of the motion,

**IT IS ORDERED** that:

1.  Non-party Nevada State Board of Pharmacy shall have until **November 30, 2015,** to file a response to the motion.

2.  A hearing on the Motion to Compel (Dkt. #12) is scheduled for **December 8, 2015, at 9:00 a.m. in Courtroom 3B.**

3.  The clerk of the court shall send a copy of this order to:

    S. Paul Edwards, Esq.
    Nevada State Board of Pharmacy
    Office of the General Counsel
    431 W. Plumb Lane
    Reno, NV  89509

    DATED this 18th day of November, 2015.

    _____
    PEGGY A. LEEN
    UNITED STATES MAGISTRATE JUDGE