BRENDA H. ENTZMINGER
Nevada Bar No. 9800
RYAN M. KERBOW
Nevada Bar No. 11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
bentzminger@psalaw.net
rkerbow@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENOVEVA RAMON GARCIA, | Case No.: 2:15-cv-01431-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC.; DOES I –V and ROE CORPORATIONS VI-X, inclusive, | ECF No. 68 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

party's own costs and attorney's fees.

DATED this 14 day of Nov, 2016.

**DE CASTROVERDE LAW GROUP**

_____
Kimberly Valentin, Esq.
1149 S. Maryland Pkwy
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*
*Genoveva Ramon Garcia*

DATED this 22nd day of November, 2016.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
Ryan Kerbow, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

The Clerk of Court is directed to VACATE all hearings and CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
November 23, 2016